[No. 10598-1-I. Division One. December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW LEE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-00241-9, David W. Soukup, J., entered

June 29, 1982. *Dismissed* by unpublished per curiam opinion.